IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02133-LTB

BRIAN EDWARD PATRICK BERCHMANS O'CONNELL,

    Applicant,

v.

STEVE GREEN, Warden of Delta Correctional Center, and
JOHN WILLIAM SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's request for appointment of counsel filed on September 29, 2011, (Doc. # 13) is DENIED as moot. This action was dismissed by Order and Judgment filed on September 26, 2011.

    Dated: October 3, 2011